■ GRANZYNA KRYGIER, Individually and as Administratrix of the Estate of HENRYK KRYGIER, Deceased, Respondent, v AIRWELD, INC., et al., Defendants, and UNION CARBIDE CORP., Appellant.—Appeal from (1) an order of the Supreme Court, Kings County, entered March 10, 1987, and (2) an order of the same court, dated May 19, 1987.

Ordered that the orders are affirmed, with one bill of costs, for reasons stated by Justice Levine in the Supreme Court. Mangano, J. P., Thompson, Lawrence and Eiber, JJ., concur.